# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTHONY T. GRAYSON, ) <br> ) <br> Defendant. ) | Criminal Action No. <br> 13-00278-02-CR-W-FJG |

## ORDER

On July 30, 2013, Defendant was ordered to undergo a competency evaluation. Defendant was examined by Alicia Gilbert, Ph.D. It is the opinion of Dr. Gilbert that Defendant is competent to proceed. During the November 12, 2013, competency hearing, the parties stipulated to the contents of Dr. Gilbert's report. On November 13, 2013, United States Magistrate Judge Sarah W. Hays issued a Report and Recommendation that Defendant be found competent to proceed. Therefore, after making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate Judge Sarah W. Haysis adopted in its entirety, and this court finds that Defendant is competent. Defendant's motion for competency hearing (Doc. No. 18) is **MOOT.**

**IT IS SO ORDERED.**

Date: December 18, 2013            **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri              Fernando J. Gaitan, Jr.
                                                   Chief United States District Judge