IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. 13-00278-02-CR-W-FJG |
| | ) | |
| | ) | |
| ANTHONY TRURICE GRAYSON | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**:  On August 7, 2013, the grand jury returned a one count indictment against defendant ANTHONY TRURICE GRAYSON and two other defendants[1] charging a conspiracy to manufacture methamphetamine in an amount of fifty (50) grams or more.
The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
      Government:  Joseph Marquez and Jeffrey McArthur
      Case Agent:  Special Agent Doug Dorley of the DEA
      Defense:  Michael McIntosh

**OUTSTANDING MOTIONS**:  None

**TRIAL WITNESSES**:
      Government:  6  with stipulations; 7-8   without stipulations
      Defendants:   4-5  witnesses, including the defendant

**TRIAL EXHIBITS**
      Government: 80-100  exhibits (mostly photographs)
      Defendant:    0  exhibits for defendant

**DEFENSES**: General Denial

**POSSIBLE DISPOSITION**:
      (  X  ) Definitely for trial; (   ) Possibly for trial; (   ) Likely a plea will be worked out

**TRIAL TIME:  3  days**
      Government's case including jury selection:   2 ½  days
      Defense case: ½  day

---

[1]  Defendants Glenn DiFalco and Clarissa Cooper have both entered changes of plea, and defendant DiFalco has been sentenced.

**STIPULATIONS**:  Defendant has agreed to stipulate to the chemist's laboratory report.  The parties will also try to work out stipulations to certain of the photographs.

**UNUSUAL QUESTIONS OF LAW:**  None

**FILING DEADLINES:**

> **Witness and Exhibit Lists:**  The parties did not file witness and exhibit lists before the pretrial conference, but will have them on file by Wednesday, October 22, 2014.
>  **Please note:** The witness list should be in alphabetical order.
>
> **Exhibit Index, Voir Dire, Jury Instructions:  Noon, Wednesday, October 29, 2014.**
> **Please Note**: Jury instructions must comply with Local Rule 51.1
>
> **Motion in Limine:** None planned

**TRIAL SETTING**: Criminal jury trial docket commencing November 3, 2014
> **Please note:**  Counsel are available either week of the trial docket.

**IT IS SO ORDERED.**


_____
    SARAH W. HAYS
    United States Magistrate Judge